# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 14, 2020

Lyle W. Cayce
Clerk

No. 19-60582
Summary Calendar

Donovan Evans,

*Plaintiff—Appellant*,

*versus*

Hinds County,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-255

Before Jolly, Elrod, and Graves, *Circuit Judges*.

Per Curiam:*

Donovan Evans, a former pretrial detainee at the Hinds County Detention Center in Raymond, Mississippi, filed a 42 U.S.C. § 1983 complaint seeking damages and injunctive relief due to an attack that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-60582

occurred by fellow inmates on March 14, 2017.  The district court granted the defendant's motion for summary judgment.  Evans timely appealed.

Evans's conclusory assertions in his brief with respect to his claims are insufficient to show that the district court erred in granting summary judgment in favor of Hinds County.  *See* FED. R. CIV. P. 56(c); *Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc).  And, on appeal, Evans makes no argument that the district court erred in dismissing his conditions of confinement claim related to a purported attack in December 2016.  We thus consider this claim abandoned and the argument waived.  *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED; MOTION FOR SETTLEMENT DENIED.